ion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 7455–9–II. Division Two. June 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JUNIOR MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. CR–220, Herbert E. Wieland, J., entered November 28, 1983. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by McInturff, A.C.J., and Munson, J.

[No. 8218–7–II. Division Two. June 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MELVIN EUGENE WALDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00265–6, Waldo F. Stone, J., entered September 12, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 7672–1–II. Division Two. June 5, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DEAN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. C–1038, Robert J. Doran, J., entered February 15, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 7840–6–II. Division Two. June 5, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. CECIL LAWRENCE LIPSCOMB, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 84–1–00055–6, Thomas R. Sauriol, J., entered

May 10, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.